FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 09-24577-RBR | Judge: Raymond B. Ray | Trustee Name: | MARIKA TOLZ, TRUSTEE |
|---|---|---|---|---|
| Case Name: | STAFFING SOLUTIONS NETWORK, INC. | | Date Filed (f) or Converted (c): | 07/17/09 (f) |
| | | | 341(a) Meeting Date: | 08/21/09 |
| For Period Ending: | 03/31/10 | | Claims Bar Date: | 11/19/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNT  Debtor listed a negative balance. | -5,800.00 | 0.00 | DA | 0.00 | FA |
| 2. Office Equip., furnishings, supply | 500.00 | 0.00 | DA | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $-5,300.00 | $0.00 | | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Moffa represents Trustee

John Heller reviewing case for fraudulent transfers and possible preferences and receivables.

bar date is 11/9/09-pending review and objections to same

tax returns are not required at this time.

Initial Projected Date of Final Report (TFR): 12/31/10       Current Projected Date of Final Report (TFR): 12/31/11

            /s/       MARIKA TOLZ, TRUSTEE
_____ Date: 04/28/10
            MARIKA TOLZ, TRUSTEE

LFORM1                                                                                                                                                           Ver: 15.08